1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GAYLORD SMITH,                        1:10-CV-01408 SMS HC

12            Petitioner,                  ORDER TRANSFERRING CASE TO THE
                                           UNITED STATES DISTRICT COURT FOR
13   vs.                                   THE CENTRAL DISTRICT OF
                                           CALIFORNIA
14   JAMES D. HARTLEY,

15            Respondent.

16   _____/

17

18            Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

19   U.S.C. § 2254.

20            The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

24   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

25   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

26            In this case, Petitioner claims the Board of Parole Hearings did not have subject matter

27   jurisdiction to act on Petitioner's case because the indeterminate sentence he is serving is unauthorized.

28   He claims the statute he was sentenced pursuant has been declared unconstitutional.  He asserts he

                                              -1-

should be resentenced to a determinate term by the sentencing court. Since Petitioner is challenging the underlying sentence, the petition should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

**Dated:   September 23, 2010           /s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE