JS - 6/ENTER

FILED
MAR - 8 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GAYLORD SMITH, | Case No. CV 10-7130-SVW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| J.D. HEALEY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 2, 2011

Stephen V. Wilson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY